## CONSUL GENERAL OF YUGOSLAVIA AT PITTSBURGH *v.* PENNSYLVANIA.

No. 566.  Decided January 6, 1964.

*Lawrence S. Lesser, C. Francis Fisher* and *R. Paul Lessy* for petitioner.

*Walter E. Alessandroni,* Attorney General of Pennsylvania, and *Vincent X. Yakowicz,* Deputy Attorney General, for respondent.

*Solicitor General Cox, Assistant Attorney General Douglas* and *Alan S. Rosenthal* for the United States, as *amicus curiae,* in support of the petition.

PER CURIAM.

The petition for writ of certiorari is granted and the judgment is reversed.  *Kolovrat* v. *Oregon,* 366 U. S. 187.

## SCHIRO, MAYOR OF NEW ORLEANS, ET AL. *v.* BYNUM ET AL.

No. 580.  Decided January 6, 1964.

*Alvin J. Liska* for appellants.

PER CURIAM.

The judgment is affirmed.  *Johnson* v. *Virginia,* 373 U. S. 61.